

Anna E. Indahl
505.848.1897
Fax: 505.848.9710
aindahl@modrall.com

December 18, 2018

Jamare D. Baity
836 Mesa Del Rio St. NW
Albuquerque, NM 87121

Re:   *Baity v. Good 2 Go Stores, LLC*
      USDC No: 1:18-cv-00183-SCY-JHR

Dear Mr. Baity:

    I am writing to you with regard to your discovery responses to Defendant's Second Set of Requests for Production in the above referenced matter. Your responses were due on December 14, 2018, but you have not provided any responsive materials, nor have you made any objections to Defendant's Second Set of Requests for Production. Because you have failed to make any timely objections, you have waived them. Accordingly, please produce the responsive materials as soon as possible. Please consider this my attempt to meet and confer with you pursuant to Rule 37.

                      Sincerely,

                       Anna E. Indahl

AEI/vjl

W3329295.DOCX

Modrall Sperling
Roehl Harris & Sisk P.A.

500 Fourth Street NW
Suite 1000
Albuquerque,
New Mexico 87102

PO Box 2168
Albuquerque,
New Mexico 87103-2168

Tel: 505.848.1800
www.modrall.com

